IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DAVID SHARP,

Plaintiff,

v.

JOE KEELING, *et al.*,

Defendants.

Case No. 16-cv-1083 JPG/MAB

## **JUDGMENT**

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: September 18, 2019**     MARGARET M. ROBERTIE, Clerk of Court

*s/Tina Gray*
 **Deputy Clerk**


**Approved:**   *s/J. Phil Gilbert*
         **J. PHIL GILBERT**
         **DISTRICT JUDGE**